UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| JEFFREY JOEL JUDY, an individual, <br><br> Plaintiff, <br> vs. <br><br> AARAV INVESTMENT LLC, a Florida Limited Liability Company, <br><br> Defendant. | CASE NO.: 2:24-cv-571-JLB-KCD |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff and Defendant, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and except as otherwise agreed between the parties, each party shall bear its respective fees and costs.

Dated: September 12, 2024

Respectfully Submitted,                              Respectfully Submitted,

1

| | |
|---|---|
| */s/ Louis I. Mussman* | */s/ Todd W. Shulby* |
| Louis I. Mussman, Esq. | Todd W. Shulby, Esq. |
| Florida Bar No. 597155 | Florida Bar No. 068365 |
| Ku & Mussman, P.A. | Todd W. Shulby, P.A. |
| 18501 Pines Boulevard, Suite 362 | 1792 Bell Tower Lane |
| Pembroke Pines, FL 33029 | Weston, Florida 33326 |
| Tel: (305) 891-1322 | Tel.: (954) 530-2236 |
| Fax: (954) 686-3976 | Fax.: (954)-530-6628 |
| louis@kumussman.com | tshulby@shulbylaw.com |
| *Attorneys for Plaintiff* | *Attorney for Defendant* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of September 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system with a copy delivered through electronically to the following attorneys of record:

Todd W. Shulby, Esq.
Todd W. Shulby, P.A.
1792 Bell Tower Lane
Weston, Florida 33326
tshulby@shulbylaw.com

By: /s/ Louis Mussman
      Louis I. Mussman, Esq.